IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :

v.  :  CRIMINAL NO. 10-613

RASSAN JOHNSON  :

## ORDER

AND NOW, this _____ day of _____, 2013, upon consideration of the Government's Motion to Dismiss the Indictment, it is hereby ORDERED that the government's motion is GRANTED. IT IS FURTHER ORDERED that the Indictment in this matter is dismissed without prejudice.

BY THE COURT:

_____
HONORABLE C. DARNELL JONES II
Judge, United States District Court